OTTO G. SCHULTZ et al., complainants-appellants,

*v.*

EARL H. JOHNSON et al., defendants-respondents.

[Submitted February 12th, 1932. Decided May 16th, 1932.]

*Mr. Patrick H. Harding,* for the appellant.

*Mr. Louis B. LeDuc,* for the respondent.

Per Curiam.

The decree under review will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Leaming.

The grounds stated by him for refusing a preliminary injunction go to the root of the case, and his decision to dismiss the bill as not showing a case for equitable relief was a necessary result of the reasoning contained in the opinion, which we adopt as adequate for an affirmance of the decree under review.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.